## STATE OF CONNECTICUT *v.* DERECK THOMAS

The defendant's petition for certification for appeal from the Appellate Court, 106 Conn. App. 160 (AC 28179), is denied.

ROGERS, C. J., and SCHALLER, J., did not participate in the consideration or decision of this petition.

*Christine A. Janis,* assistant public defender, in support of the petition.

*Timothy F. Costello*, deputy assistant state's attorney, in opposition.

Decided May 13, 2008